

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00339-CV

| | | |
|---|---|---|
| Acadia Healthcare Company, Inc.; Psychiatric Resource Partners, Inc.; Michael A. Saul; Timothy J. Palus; Peter D. Ulasewicz; Barbara H. Bayma; and John M. Piechocki | § | From the 16th District Court |
| | § | of Denton County (2011-10846-16) |
| | § | July 23, 2015 |
| v. | | |
| Horizon Health Corporation | § | Opinion by Justice Gabriel |

## JUDGMENT ON REHEARING

After reviewing Appellee/Cross-Appellant Horizon Health Corporation's motion for rehearing and motion for en banc reconsideration, we grant the motion for rehearing and dismiss the motion for en banc reconsideration. We withdraw our February 26, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court awarding Horizon Health Corporation future-lost-profit damages is reversed and we render a take-nothing judgment on Horizon's claims upon which the jury awarded damages for future lost profits. We reverse that portion of the trial court's judgment awarding exemplary damages jointly and severally against Acadia Healthcare Company, Inc. and Psychiatric Resource Partners, Inc. and

render judgment that the exemplary damages are not awarded jointly and severally against Acadia Healthcare Company, Inc. and Psychiatric Resource Partners, Inc.. We also reverse the trial court's judgment regarding attorneys' fees and remand for a new trial on attorneys' fees.

We affirm the remainder of the trial court's judgment conditioned on our suggestion of remittitur by Horizon Health Corporation of $649,015.20 in exemplary damages no later than thirty days after the date of this judgment. Upon timely remittitur, we will modify the amount of exemplary damages awarded in the trial court's judgment and affirm the remaining portions of the judgment as modified. If Horizon Health Corporation does not timely file the remittitur, we will reverse the trial court's judgment for a new trial on Horizon Health Corporation's claims upon which Horizon Health Corporation prevailed and was awarded damages that were supported by sufficient evidence.

It is further ordered that appellant Acadia Healthcare Company, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
Justice Lee Gabriel